## WESTERN UNION TELEGRAPH CO. v. JUSTICE.

(Decided May 18, 1916.)

APPEAL from Marengo Law and Equity Court.

Heard before Hon. E. J. GILDER.

ALBERT T. BENEDICT, and RUSHTON, WILLIAMS & CRENSHAW, for appellant. WILLIAM CUNNINGHAME, for appellee.

BROWN, J.—Appeal dismissed.

---

## WYLAR, ACKARLAND & COMPANY v. CENTRAL ALABAMA DRY GOODS CO.

(Decided April 6, 1916.)

APPEAL from Washington Circuit Court.

Heard before Hon. BEN G. TURNER.

GRANADE & GRANADE, for appellant. WILLIAM D. DUNN, for appellee.

PER CURIAM.—Affirmed on certificate.

---

## BAILEY v. THE STATE.

(Decided May 18, 1916.)

APPEAL from Walker Law and Equity Court.

Heard before Hon. T. L. SOWELL.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

BROWN, J.—Dismissed on authority of *Stephens v. State*, 72 South. 268.

---

## BANK OF ODENVILLE, ET AL. v. AUTREY, ET AL.

(Decided June 1, 1916.)

APPEAL from St. Clair Circuit Court.

Heard before Hon. JAMES E. BLACKWOOD.

C. R. ROBINSON, for appellant. EMBRY & EMBRY, for appellee.

PER CURIAM.—Affirmed for want of assignment of error.